Victor Daniel Nieblas, Esquire, Law Office of Victor D. Nieblas, City of Industry, CA, for Petitioner.

Rebecca Ariel Hoffberg, Esquire, Walter Manning Evans, Esquire, M. Jocelyn Lopez Wright, U.S. Department of Justice, Washington, DC, CAS–District Counsel, Esquire, San Diego, CA, Ronald E. LeFevre, Office of The District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Maria Luisa Zavalza, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision denying her motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review de novo claims of due process violations. *Colmenar v. INS*, 210 F.3d

967, 971 (9th Cir.2000). We deny the petition for review.

In her opening brief, Zavalza fails to address, and therefore has waived any challenge to, the BIA's dispositive determination that she failed to demonstrate the evidence she submitted with the motion to reopen could not have been discovered or presented at her former hearing. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not specifically raised and argued in a party's opening brief are waived); *see also* 8 C.F.R. § 1003.23(b)(3). We therefore do not reach Zavalza's contentions regarding entry into the United States pursuant to advance parole.

We reject as unpersuasive Zavalza's contention, raised for the first time in her opening brief, that she was prejudiced by the administrative record as filed by Respondent.

**PETITION FOR REVIEW DENIED.**

**Mario Maglaque SISON, Jr.; Vivian Monique Sison, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

Nos. 08–70351, 08–72336.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 2, 2010.

Nancy Ellen Miller, Esquire, Law Offices of Reeves & Associates, Pasadena, CA, for Petitioners.

Oil, Paul Cygnarowicz, Trial, Daniel Eric Goldman, Esquire, Senior Litigation Counsel, Rebecca Ariel Hoffberg, Esquire, Trial, William Charles Peachey, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

In these consolidated petitions for review, Mario Maglaque Sison, Jr., and Vivian Monique Sison, natives and citizens of the Philippines, petition for review of the Board of Immigration Appeals' ("BIA") orders denying their motion to reopen and their motion to reconsider. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen or reconsider. *Salta v. INS*, 314 F.3d 1076, 1078 (9th Cir.2002). In No. 08–70351, we deny in part and dismiss in part the petition for review. In No. 08–72336, we deny the petition for review.

The BIA did not abuse its discretion by denying petitioners' motion to reopen because the motion was filed more than 19 months after the BIA's October 28, 2005, order dismissing the underlying appeal, and failed to qualify for an exception to the 90–day filing limitation. *See* 8 C.F.R. § 1003.2(c)(2)–(3).

Contrary to petitioners' contention, we lack jurisdiction to review the BIA's decision not to invoke its sua sponte authority to reopen proceedings. *See Ekimian v. INS*, 303 F.3d 1153, 1159 (9th Cir.2002).

The BIA did not abuse its discretion by denying petitioners' motion to reconsider because petitioners failed to identify any error of fact or law in the BIA's December 26, 2007, decision concluding that the motion to reopen was untimely and failed to qualify for an exception to the filing deadline. *See* 8 C.F.R. § 1003.2(b)(1).

In light of our disposition, we do not consider petitioners' remaining contentions.

**In No. 08–70351: PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

**In No. 08–72336: PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.